IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AL-PINE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SCOTT HARRIS; KENDALL RICHARDSON,<br><br>　　　　Defendant.<br>_____ / | No. C 18-3055 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

　　　Plaintiff is an inmate in Texas. He filed this pro se civil rights action complaining that he is subject to a pre-filing review order requiring him to pay the entire filing fee, and that an official at the United States Supreme Court improperly failed to accept his complaint for filing. Plaintiff made this same claim in a complaint filed in an earlier case, No. C 18-2478 WHA (N.D. Cal.). That case was dismissed without prejudice to plaintiff pursuing his claim in a United States District Court where venue is proper, i.e. in a district in which a defendant is located or the events giving rise to the claim took place. *See* 28 U.S.C. 1391. Accordingly, this case is **DISMISSED** as duplicative of plaintiff's earlier-filed case.

　　　The clerk shall enter judgment and close the file. .

　　　**IT IS SO ORDERED.**

Dated: June 12 , 2018.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE